

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-25-00034-CV

**IN RE DYLAN SCOTT KRUFAL**, Relator

Original Proceeding[1]

**ORDER**

Sitting:    Rebeca C. Martinez, Chief Justice
            Lori Massey Brissette, Justice
            H. Todd McCray, Justice

On January 15, 2025, relator Dylan Scott Krugal filed a petition for writ of mandamus. Real-party-in-interest, the State of Texas, filed a response on February 6, 2025. After considering the petition, the response, and all exhibits attached thereto, this court concludes relator has not shown himself to be entitled to the relief sought. Accordingly, the petition for writ of mandamus is **denied**. *See* TEX. R. APP. P. 52.8(a).

We **deny as moot** real-party-in-interest S.H.'s February 10, 2025 motion for an extension of time to file a response.

It is so **ORDERED** on February 19, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2024CVK000427D1, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.